IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY ANTONIO LEE**                                                                                                **PLAINTIFF**

v.                                    Case No. 4:24-cv-00497 KGB

**DEXTER PAYNE**, Director of the Arkansas
Division of Correction                                                                                              **RESPONDENT**

## ORDER

Before the Court are the motion to extend time, motion to appoint counsel, and motion for recusal of petition Terry Antonio Lee (Dkt. Nos. 15, 16, 17).  The Court will address each motion in turn.

### I.  Motion To Extend Time

Mr. Lee states that he requests a motion for extension of time because he has different reasons for opposing the Findings and Recommendation of United States Magistrate Judge Patricia Harris, and he could not receive legal material out of the the law library to research the legal arguments of the respondent (Dkt. No. 15, ¶¶ 2-3).  The Court grants Mr. Lee's motion for extension of time (Dkt. No. 15).  Mr. Lee shall have until October 19, 2024, to file his objections to Judge Harris's Findings and Recommendation.

### II.  Motion To Appoint Counsel

Mr. Lee has filed a motion for appointment of counsel (Dkt. No. 16).  For the reasons stated by Judge Harris in her July 16, 2024, Order, the Court denies Mr. Lee's motion for appointment of counsel (Dkt. Nos. 11; 16).[1]

---

[1] Mr. Lee states that he is being denied any law books out of the law library or legal cases. To the extent that Mr. Lee is stating that he is being denied access to legal research, that is a separate claim that he must raise in a separate lawsuit.

### III.   Motion For Recusal

Mr. Lee has filed a motion for recusal (Dkt. No. 17).  As best as the Court can tell from Mr. Lee's filing, Mr. Lee seeks the recusal based on impartiality (*Id*.).  The Court does not find grounds for recusal based on the allegations raised in Mr. Lee's filing and denies the motion for recusal (Dkt. No. 17).

It is so ordered this 3rd day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Court Judge