IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY ANTONIO LEE**                                                                                     **PETITIONER**

v.                              Case No. 4:24-cv-00497 KGB

**DEXTER PAYNE**, Director of the Arkansas
Division of Correction                                                                                   **RESPONDENT**

## ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14) and a motion to dismiss filed by defendant Dexter Payne (Dkt. No. 5). Mr. Lee filed objections to the Recommendation (Dkt. No. 19). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. For the reasons stated in the Recommendation, the Court grants the motion to dismiss (Dkt. No. 5). Mr. Lee's petition for a writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 2). The Court declines to issue a certificate of appealability. Mr. Lee may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 21st day of January, 2025.

Kristine G. Baker
Chief United States District Judge