IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY ANTONIO LEE**  PETITIONER

v.  Case No. 4:24-cv-00497 KGB

**DEXTER PAYNE**, Director of the Arkansas
Division of Correction  RESPONDENT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Terry Antonio Lee's petition for a writ of *habeas corpus* is dismissed without prejudice. The Court declines to issue a certificate of appealability. Mr. Lee may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so adjudged this 21st day of January, 2025.

_____
Kristine G. Baker
Chief United States District Judge